Kramer and Associates
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
(907) 888-4098
service@mikekramerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER,<br>E.A. (2019), I.A. (2020),<br>JOHN DOE, JANE DOE,<br>JOHN DOE JR. (2020), AND<br>JANE DOE JR. (2016),<br><br>      Plaintiffs,<br>  v.<br><br>PROVIDENCE HEALTH & SERVICES<br>WASHINGTON d/b/a PROVIDENCE<br>ALASKA MEDICAL CENTER,<br>BARBARA KNOX, MD,<br>AND BRYANT SKINNER,<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:22-cv-00017-HRH |

## **MOTION TO FILE UNDER SEAL EXHIBIT TO COMPLAINT**

The Doe family hereby moves to file under seal the confidential exhibit to the complaint. The Doe family is bringing this claim under pseudonyms to protect their privacy. Their true names are being provided to the defendant and the court as a confidential exhibit to the complaint. Their true names should not be used in the public file.

An order is lodged.

DATED this 11th day of July 2022.

                KRAMER and ASSOCIATES
                Attorney(s) for Plaintiff

                By /s/ Michael C. Kramer
                    Michael C. Kramer
                    ABA #9605031

MOTION TO FILE UNDER SEAL EXHIBIT TO COMPLAINT
*Acker, et al. v. Providence, et al.*, 4:22-cv-00017-HRH
Page 2 of 2
Case 4:22-cv-00017-SLG   Document 4   Filed 07/11/22   Page 2 of 2