IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, *et al.*,<br><br>        Plaintiffs,<br><br>      v.<br><br>PROVIDENCE HEALTH AND SERVICES, WASHINGTON, d/b/a Providence Alaska Medical Center, *et al.*,<br><br>        Defendants. | Case No. 4:22-cv-00017-SLG |

**ORDER RE MOTION TO FILE UNDER SEAL EXHIBIT TO COMPLAINT**

The Court, having duly considered the matter presented, hereby orders that the Motion to File Under Seal Exhibit to Complaint at Docket [4] is GRANTED. The sealed exhibit to the complaint lodged at Docket 5-1 contains confidential information that should not be available to the public and shall remain under seal.

DATED this 20th day of July, 2022, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE