Chester D. Gilmore
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile:  (907) 222-7938
Email:  chester@cashiongilmore.com
Copy to: jennifer@cashiongilmore.com

*Attorneys for Defendants Providence
Health & Services-WA d/b/a Providence
Alaska Medical Center and Bryant Skinner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020),  JOHN DOE, JANE DOE, JOHN DOE JR. (2020) and JANE DOE JR. (2016),<br>    Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, MD and BRYANT SKINNER,<br>    Defendants. | Case No. 4:22-cv-00017-HRH |

## CORPORATE DISCLOSURE STATEMENT

Defendant Providence Health & Services-WA d/b/a Providence Alaska Medical Center, by and through counsel Cashion Gilmore & Lindemuth, and pursuant to Fed. R. Civ. P. 7.1, hereby provides its corporate disclosure statement as follows:  Providence Health and Services – WA is wholly-owned by Providence Health and Services, a Washington non-

profit corporation. Providence Health and Services is wholly-owned by Providence St. Joseph Health, a Washington non-profit corporation. No publicly held corporation owns 10% or more of this entity.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendants Providence
Health & Services-WA d/b/a Providence
Alaska Medical Center and Bryant Skinner

DATED: November 29, 2022        s/ Chester D. Gilmore
                                Chester D. Gilmore
                                Alaska Bar No. 0405015

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on November 29, 2022 on the following:

Michael C. Kramer
Kramer and Associates
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
service@mikekramerlaw.com

Laura L. Farley
Timothy Bowman
Farley & Graves, P.C.
807 G Street, Suite 250
Anchorage, AK 99501
lfarley@farleygraves.com
tbowman@farleygraves.com
khelton@farleygraves.com
jwylie@farleygraves.com

CASHION GILMORE & LINDEMUTH

By: s/ Chester D. Gilmore

CORPORATE DISCLOSURE STATEMENT
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-HRH        Page 2 of 2