🏠 Home　/　...　/　Donor Recognition

**Alaska Cares**　−

- Alaska Cares
- Building Project
- CAC Model
- Donate
- Donor Recognition
- News

# Donor Recognition


*Scott Habberstad, president, Providence Alaska Foundation board*


*Portia Babcock, director, Community Investment & Public Affairs, ConocoPhillips Alaska*

### Special thanks to our community partners who invest in the health of Alaska's kids!

- Anonymous (3)
- A Grateful Family
- Michael J. Acarregui, MD and Janet Acarregui, MD
- Alaska Airlines
- Alaska Emergency Medicine Associates
- Alaska Mental Health Trust Authority
- Alaska Railroad Corporation
- Alcan Electrical & Engineering
- Alyeska Pipeline Service Company
- Anchorage Daily News
- Monica Anderson
- Architects Alaska
- Cathy Baldwin-Johnson, MD and Eric J. Johnson
- Stacy and Nick Barnes
- Kathie Bethard

- James B. Blasingame
- BP Alaska
- Bristol Bay Native Corporation
- Caelus Energy Alaska
- The Carr Foundation
- Chugach Alaska Corporation
- Suzanne Carté-Cocroft
- Morgan Christen and Jim Torgerson – In Memory of Caroline Christen Torgerson
- Phil and Shelly Cochrane
- ConocoPhillips Alaska
- Davis Constructors – In Memory of Josh & Andrew Pepperd
- Kate, Tory, and Polly Dugan
- Edison Chouest Offshore – Fairweather
- Enstar Natural Gas Company
- ExxonMobil
- The Eyak Corporation
- Thomas Falskow
- Rick Fox and Cyndie Fox, MD
- GCI
- Ella and Brook Goss
- The Grainger Foundation
- Calvin and Margaret Hay
- The Hearst Foundations
- Hilcorp Alaska
- Holland America Line & Princess Cruises
- The Hotel Captain Cook
- The Honorable Karen Hunt
- Harold Johnston, MD and Sydney Johnston
- KPB Architects
- Bruce and Nadia Lamoureux
- Cynthia and Warren Libby
- Lynden
- Dick and Ruth Mandsager
- Marathon Petroleum Corporation
- Jason and Shannon Metrokin
- Lindsie Mills
- Northrim Bank
- Dale and Sandy Rahn
- Rasmuson Foundation
- Cathy Rasumson
- V Rae and Frank Prewitt
- The Stanley Reitman Family
- Dr. Peter and Mrs. Jan Ricca
- Preston and Jill Simmons
- Alex Slivka
- Southcentral Foundation
- TOTE Maritime
- The Travis Fund
- Mary, Clint, and Ethan Wagner
- Wells Fargo Foundation
- Stephanie Wrightsman-Birch and Jerome Birch


*Dr. Doug Eby, vice president of Medical Services, Southcentral Foundation*


*Cathy Rasmuson, vice chair, Rasmuson Foundation Board*

**ACROSS PROVIDENCE**

About Us

Health Equity

Initiatives

Help us improve health care

Annual Report to Our Communities

Community Health Needs Assessments and Improvement Plans

Our Doctors

Our Nurses

**RESOURCES**

For Caregivers (our employees)

Career Opportunities

Physician & Provider Careers

Supplier Portal

Classes and Events

Online Bill Pay & Financial Assistance

Get a Price Estimate

Pricing Transparency

Read our blog

**OUR MISSION**

As expressions of God's healing love, witnessed through the ministry of Jesus, we are steadfast in serving all, especially those who are poor and vulnerable.

**OUR VALUES**

Compassion, Dignity, Justice, Excellence, Integrity.

Learn more about our mission, vision and values.

Subscribe to health and wellness insights

**CONNECT WITH US**

Disclaimer

Terms of Use & Privacy Policy

Notice of Nondiscrimination and Communication Assistance

Notice of Privacy Practices

Patient Rights

©2022 Providence. All rights reserved.