Kramer and Cosgrove
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
(907) 888-4098
service@mikekramerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020), JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016), <br><br> Plaintiffs, <br> v. <br><br> PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, MD, AND BRYANT SKINNER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:22-cv-00017-SLG |

## **PLAINTIFFS' RESPONSIVE SUPPLEMENTAL EXPERT WITNESS LIST**

Plaintiffs, Justin and Emily Acker, E.A., and I.A., by and through undersigned counsel, hereby disclose Plaintiffs' responsive supplemental experts as follows:

1. Susan Abookire, BSEE, MD, MPH
   PO Box 301780
   Boston, MA 02130
   (617) 549-9405

   Expert in healthcare administration. Subject to change upon receipt and review of Providence's credentialing and personnel file on Dr. Knox.

PLAINTIFFS' RESPONSIVE SUPPLEMENTAL EXPERT WITNESS LIST
*Acker, et al. v. Providence, et al.*, 4:22-cv-00017-SLG
Page 1 of 2
Case 4:22-cv-00017-SLG   Document 38   Filed 05/22/23   Page 1 of 2

2. An expert in radiology to be identified.

3. Other expert(s) to be identified later as deemed necessary upon receipt and review of Providence's credentialing and personnel file on Dr. Knox.

4. Plaintiffs reserves the right to supplement this list at any time as discovery is ongoing and the pending motion for summary judgment may alter claims and/or other aspects of this case.

DATED this 22nd day of May 2023.

KRAMER and COSGROVE
Attorney(s) for Plaintiff(s)

By: /s/ Michael C. Kramer
    Michael C. Kramer
    ABA #9605031

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on May 22, 2023 on the following:

Chester D. Gilmore
chester@cashiongilmore.com
jennifer@cashiongilmore.com

Laura L. Farley
Timothy. Bowman
lfarley@farleygraves.com
tbowman@farleygraves.com
khelton@farleygraves.com
jwylie@farleygraves.com

    By: /s/ Arnell Tinajero
    Kramer and Cosgrove

PLAINTIFFS' RESPONSIVE SUPPLEMENTAL EXPERT WITNESS LIST
*Acker, et al. v. Providence, et al.*, 4:22-cv-00017-SLG
Page 2 of 2
Case 4:22-cv-00017-SLG   Document 38   Filed 05/22/23   Page 2 of 2