Chester D. Gilmore
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile: (907) 222-7938
Email: chester@cashiongilmore.com
Copy to: jennifer@cashiongilmore.com

*Attorneys for Defendants Providence Health & Services–WA d/b/a Providence Alaska Medical Center and Bryant Skinner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020), JOHN DOE, JANE DOE, JOHN DOE JR. (2020) and JANE DOE JR. (2016),<br>    Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, MD and BRYANT SKINNER,<br>    Defendants. | Case No. 4:22-cv-00017-HRH |

## ORDER GRANTING NON-OPPOSED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

This Court, having considered the Non-Opposed Motion to Extend Certain Pretrial Deadlines, hereby GRANTS the motion. The expert pretrial deadlines in this matter are extended as follows:

ORDER GRANTING NON-OPPOSED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-HRH   Page 1 of 2
Case 4:22-cv-00017-SLG   Document 39-1   Filed 06/05/23   Page 1 of 2

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Expert Reports | June 15, 2023 | November 20, 2023 |
| Rebuttal Expert Reports | July 17, 2023 | December 20, 2023 |
| Expert Discovery Closes and Last Day to Depose Expert Witnesses | September 1, 2023 | February 5, 2024 |

**IT IS SO ORDERED.**

DATE: _____

Hon. Sharon L. Gleason
United States District Judge

ORDER GRANTING NON-OPPOSED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-HRH                                    Page 2 of 2
Case 4:22-cv-00017-SLG   Document 39-1   Filed 06/05/23   Page 2 of 2