# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, d/b/a Providence Alaska Medical Center, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:22-cv-00017-SLG |

## ORDER RE NON-OPPOSED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

Before the Court at Docket 40 is the *Non-Opposed Motion to Extend Certain Pretrial Deadlines*. Upon due consideration, the motion is hereby GRANTED. Pretrial deadlines in this matter are amended as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Reports | June 15, 2023 | **November 20, 2023** |
| Rebuttal Expert Reports | July 17, 2023 | **December 20, 2023** |
| Expert Discovery Closes and Last Day to Depose Expert Witnesses | September 1, 2023 | **February 5, 2024** |

In light of the amended motion at Docket 40, the motion at Docket 39 is DENIED as moot.

IT IS SO ORDERED.

DATED this 8th day of June, 2023 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE