TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020; JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016), | |
| Plaintiffs, | |
| v. | |
| PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER, | Case No. 4:22-cv-00017 SLG |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT
BARBARA KNOX, M.D.'S MOTION FOR PROTECTIVE
ORDER**

This Court, having considered Barbara Knox, MD's Motion for Protective Order, any and all responsive pleadings thereto, having conducted an in-camera review of the subject material and being otherwise fully apprised of the premises hereby **GRANTS** said Motion.

Any information pertaining to internal investigations conducted by Dr. Knox's employers are hereby not subject to disclosure in the present lawsuit. In so ruling, the Court finds that the

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

[PROPOSED] ORDER GRANTING DEFENDANT BARBARA
KNOX, M.D.'S MOTION FOR PROTECTIVE ORDER
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 1 of 2

/JW
.P.33112

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

1  materials in the investigation file reviewed by the Court did not contain information reasonably

2  germane to claims or defenses in the present lawsuit, and that the inadvertent disclosure of the

3  same to parties beyond those to the present case will cause Dr. Knox irreparable annoyance,

4  embarrassment, oppression, and undue burden.

5      **It is so ORDERED.**

6      Dated this _____ day of _____ 2023.

7

8                                          _____
                                           THE HON. SHARON L. GLEASON
9                                          United States District Court Judge

10

11

12      **CERTIFICATE OF SERVICE**

        Pursuant to Civil Rule 5, I hereby certify that on
        the 9th day of June 2023, a true and correct copy of the
13      foregoing was served CM/ECF electronically on the
        following person(s):

14      Michael C. Kramer, Esq.
        Kramer and Associates
15      542 4th Ave., Suite 207
        Fairbanks, AK 99701
        *Counsel for Plaintiffs*
16      service@mikekramerlaw.com
        arnell@mikekramerlaw.com

17      Chester D. Gilmore Esq.
        Cashion Gilmore, LLC
18      510 L Street, Suite 601
        Anchorage, AK  99501
        *Counsel for Providence and Bryant Skinner*
19      chester@cashiongilmore.com
        jennifer@cashiongilmore.com

20

        By: s/Joyce L. Wylie
21          Legal Assistant
            jwylie@farleygraves.com

22

23

        [PROPOSED] ORDER GRANTING DEFENDANT BARBARA          Page 2 of 2                    /JW
        KNOX, M.D.'S MOTION FOR PROTECTIVE ORDER                                          .P.33112
        ACKER ET AL V. KNOX ET AL
        CASE NO. 4:22-cv-00017 SLG