Kramer and Cosgrove
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
(907) 888-4098
service@mikekramerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020), JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016), <br><br>    Plaintiffs, <br>   v. <br><br> PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, MD, AND BRYANT SKINNER, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:22-cv-00017-SLG |

## **STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through counsel, hereby jointly stipulate and agree that Plaintiffs, John Doe, Jane Doe, John Doe Jr. (2020), and Jane Doe Jr. (2016), from the above-captioned case shall be dismissed without prejudice, with each party to bear its own costs and attorney fees.

KRAMER and COSGROVE
Attorney(s) for Plaintiff(s)

DATED: 06/15/23     By /s/ Michael C. Kramer
Michael C. Kramer
ABA #9605031
542 4th Avenue, Suite 207
Fairbanks, AK 99701
Ph. (907) 888-4098
Email: mike@mikekrmaerlaw.com


CASHION GILMORE & LINDEMUTH
Attorneys for Defendants Providence and Bryan Skinner

DATED: 06/15/23     By /s/ Chester D. Gilmore
Chester D. Gilmore
ABA #0405015
510 L. Street, Suite 601
Anchorage, AK 99501
Ph. (907) 222-7934
Fax (907) 222-7938
Email: chester@cashiongilmore.com


FARLEY & GRAVES, P.C.
Attorneys for Defendant Barbara Knox, MD

DATED: 06/15/23     By /s/Timothy W. Bowman
Timothy W. Bowman
ABA# 0905012
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
Email: tbowman@farleygraves.com

STIPULATION FOR DISMISSAL
*Acker, et al. v. Providence, et al.*, 4:22-cv-00017-SLG
Page 2 of 3
Case 4:22-cv-00017-SLG   Document 44   Filed 06/15/23   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on June 15, 2023, on the following:

Chester D. Gilmore
chester@cashiongilmore.com
jennifer@cashiongilmore.com

Laura L. Farley
Timothy. Bowman
lfarley@farleygraves.com
tbowman@farleygraves.com
khelton@farleygraves.com
jwylie@farleygraves.com

By: /s/ Arnell Tinajero
Kramer and Associates