**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

JUSTIN ACKER, *et al.*,

                Plaintiffs,

     v.

PROVIDENCE HEALTH & SERVICES
WASHINGTON, d/b/a Providence
Alaska Medical Center, *et al.*,

                Defendants.

Case No. 4:22-cv-00017-SLG

## ORDER RE MOTION FOR EVIDENTIARY HEARING

Before the Court at Docket 51 is Plaintiffs' *Motion for Evidentiary Hearing*. Defendant Knox filed a response in opposition to the motion at Docket 58 and Defendant Providence Health & Services Washington filed a response in opposition at Docket 60. Plaintiffs filed a reply in support of their motion at Docket 61.

The motion for an evidentiary hearing in connection with the pending motion for a protective order is denied. Plaintiffs have not demonstrated how it is necessary for the Court to supervise what appears to be in effect the depositions of nonparties in order for the Court to determine the scope of discovery that should be produced about Dr. Knox that has been submitted to the Court for *in camera* review.

DATED this 7th day of August, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE