Kramer and Cosgrove
542 4th Ave., Ste. 207
Fairbanks, Alaska 99701
(907) 888-4098
service@mikekramerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020),<br><br>    Plaintiffs,<br>  v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, MD, AND BRYANT SKINNER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:22-cv-00017-SLG |

## **AMENDED PLAINTIFFS' EXPERT WITNESS LIST**

1. Joseph Scheller, M.D.
   Neurology and Neuroimaging
   2501 Willow Glen Dr.
   Baltimore, MD 21209
   (410) 499-5955

   Dr. Scheller is a board-certified pediatrician and child neurologist. They may be retained and may testify about head trauma, strokes, abuse, and whether the actions taken in this case were appropriate.

2. Bowman Smelko, Psy.D.
   Capital City Consultants
   25 S. Ewing St. Suite 416
   Helena, MT 59601
   (406) 461-1744

   Dr. Smelko is a board-certified forensic psychologist and licensed psychologist. They may be retained and may testify about the plaintiff's psychological profile, how their profile conforms with allegations made against them, how these events have impacted plaintiffs, the damages it has caused them, and whether the actions taken in this case were appropriate.

3. Steven C. Gabaeff, M.D.
   265 Clear Ridge Drive
   Healdsburg, CA 5448
   (916) 342-4835

   Dr. Gabaeff is an expert in clinical forensic medicine. They may be retained and may testify about child abuse, injuries, false or misleading medical records, pressures on other physicians to conform their records and opinions with a child abuse pediatricians' allegations of abuse and whether the actions taken in this case were appropriate.

4. Paul Hofmann, Dr. P.H., LFACHE
   346 Rheem Blvd., Suite 101
   Moraga, California 94556
   (925) 247-9700

   Expert in healthcare administration.

5. An expert in radiology to be identified.

6. Other expert(s) to be identified later as deemed necessary upon receipt and review of Providence's credentialing and personnel file on Dr. Knox.

7. Plaintiffs reserves the right to supplement this list at any time as discovery is ongoing and the pending motion for summary judgment may alter claims and/or other aspects of this case.

DATED this 25th day of August 2023.

        KRAMER and COSGROVE
        Attorney(s) for Plaintiff(s)

        By: /s/ Michael C. Kramer
            Michael C. Kramer
            ABA #9605031

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on 8/25/23 on the following:

Chester D. Gilmore
chester@cashiongilmore.com
jennifer@cashiongilmore.com

Laura L. Farley
Timothy. Bowman
lfarley@farleygraves.com
tbowman@farleygraves.com
khelton@farleygraves.com
jwylie@farleygraves.com

      By: /s/ Arnell Tinajero
      Kramer and Cosgrove