# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JUSTIN ACKER, *et al.*,

          Plaintiffs,

    v.

PROVIDENCE HEALTH & SERVICES
WASHINGTON, d/b/a Providence
Alaska Medical Center, *et al.*,

          Defendants.

Case No. 4:22-cv-00017-SLG

## ORDER RE NON-OPPOSED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

Before the Court at Docket 72 is Defendants Providence Health & Services, WA, d/b/a/ Providence Alaska Medical Center and Bryant Skinner's *Non-Opposed Motion to Extend Certain Pretrial Deadlines*. Upon due consideration, the motion is hereby GRANTED.

IT IS ORDERED that expert pretrial deadlines in this matter are amended as given below:

|  | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Expert Reports | November 20, 2023 | January 22, 2024 |
| Rebuttal Expert Reports | December 20, 2023 | February 22, 2024 |
| Expert Discovery Closes and Last Day to Depose Expert Witnesses | February 5, 2024 | March 25, 2024 |

DATED this 22nd day of November, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE