Chester D. Gilmore
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile: (907) 222-7938
Email: chester@cashiongilmore.com

*Attorneys for Defendant Providence
Health & Services–WA d/b/a Providence
Alaska Medical Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020),<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER and BARBARA KNOX, MD,<br><br>　　　　　　　Defendants. | |
| | Case No. 4:22-cv-00017-SLG |

**STIPULATION TO EXTEND EXPERT AND RELATED PRETRIAL DEADLINES**

The parties, by and through counsel, Cashion Gilmore & Lindemuth for Providence Health & Services Washington d/b/a Providence Medical Center, Michael Kramer, counsel for plaintiffs, and Timothy Bowman, counsel for Dr. Barbara Knox, hereby stipulate to extend the pretrial deadlines in this matter, to accommodate delays in completing necessary depositions, as indicated in the chart below.

STIPULATION TO EXTEND EXPERT AND RELATED PRETRIAL DEADLINES
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-SLG　　　　　　　Page 1 of 3

Case 4:22-cv-00017-SLG   Document 77   Filed 01/29/24   Page 1 of 3

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| **Expert Reports** | January 29, 2024 | February 5, 2024 |
| **Rebuttal Expert Reports** | February 29, 2024 | March 7, 2024 |
| **Expert Discovery Closes and Last Day to Depose Expert Witnesses**<br><br>**Final Discovery Witness List**<br><br>**Close of Fact Discovery** | April 1, 2024 | April 8, 2024 |

|  |  |
|---|---|
|  | CASHION GILMORE & LINDEMUTH<br>Attorneys for Defendant Providence Health & Services–WA d/b/a Providence Alaska Medical Center |
| DATED: January 29, 2024 | *s/ Chester D. Gilmore*<br>Chester D. Gilmore<br>Alaska Bar No. 0405015 |
|  | KRAMER & ASSOCIATES<br>Attorneys for Plaintiffs |
| DATED: January 29, 2024 | *s/ Michael C. Kramer (with consent*<br>Michael C. Kramer<br>Alaska Bar No. 9605031 |
|  | FARLEY & GRAVES, P.C.<br>Attorneys for Barbara Knox |
| DATED: January 29, 2024 | *s/ Timothy W. Bowman (with consent)*<br>Timothy W. Bowman<br>Alaska Bar No. 0905012 |

STIPULATION TO EXTEND EXPERT AND RELATED PRETRIAL DEADLINES
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-SLG                                            Page 2 of 3

Case 4:22-cv-00017-SLG   Document 77   Filed 01/29/24   Page 2 of 3

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on January 29, 2024 via CM/ECF:

CASHION GILMORE & LINDEMUTH

By: *s/ Chester D. Gilmore*

STIPULATION TO EXTEND EXPERT AND RELATED PRETRIAL DEADLINES
*Acker v. PAMC et al.*, Case No. 4:22-cv-00017-SLG   Page 3 of 3

Case 4:22-cv-00017-SLG   Document 77   Filed 01/29/24   Page 3 of 3