TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020; JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016),<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER,<br><br>Defendants. | Case No. 4:22-cv-00017 SLG |

## AFFIDAVIT OF DEFENDANT BARBARA KNOX, M.D. IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA   )
                   ) ss
COUNTY OF DUVAL    )

Affiant, being first duly sworn states and avers as follows:

1.  During all times relevant to the I.A. case and the John Doe, Jr. case, I was employed by Providence Health Services, a private corporation.

AFFIDAVIT OF DEFENDANT BARBARA KNOX, M.D. IN
SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG
Page 1 of 3
/TB
.P.33112

Case 4:22-cv-00017-SLG   Document 79-1   Filed 01/31/24   Page 1 of 3
EXHIBIT A
Page 1 of 3

2. I was paid by Providence Health Services, and I worked at their direction.

3. At all times relevant, Alaska CARES was an accredited member of the National Children's Alliance.

4. Alaska CARES utilizes the multidisciplinary team approach, as contemplated by AS 47.14.300, to provide services to victims of abuse.

5. My involvement with both I.A. and John Doe, Jr. occurred within the context of my membership with the Alaska CARES multidisciplinary team.

6. My role with the Alaska CARES multidisciplinary team was limited to evaluating children for whom there is a concern of non-accidental trauma, rendering diagnoses regarding the same and to make recommendations as to a child's abuse-related medical needs.

7. In my role with the Alaska CARES multidisciplinary team, I did not make decisions regarding custodial placement of any child, and I did not in the cases of either John Doe, Jr. or I.A.

8. In my role with the Alaska CARES multidisciplinary team, I did not make any decisions regarding the prosecution of any alleged child abuse perpetrators, and I did not in the cases of either John Doe, Jr. or I.A.

9. I never evaluated John Doe, Jr.'s case nor did I develop an opinion as to the existence or lack thereof of evidence of non-accidental trauma.

10. In late March or early April 2021, Sitka pediatrician David Vastola, MD asked me to take on the John Doe, Jr. case but I declined and instead referred him to Seattle Children's Hospital.

AFFIDAVIT OF DEFENDANT BARBARA KNOX. M.D. IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 2 of 3

/TB
.P.33112

Case 4:22-cv-00017-SLG   Document 79-1   Filed 01/31/24   Page 2 of 3

EXHIBIT A
Page 2 of 3

11. After referring Dr. Vastola to Seattle Children's Hospital, I had no further involvement with the John Doe, Jr. matter.

12. I did not conspire with law enforcement, OCS, or any other governmental body to effectuate any particular result, let alone to deprive Plaintiffs of their constitutional rights with regard to custody, criminal investigation/prosecution or otherwise.

Affiant further says Naught.

Dated this 8th day of February, 2023.

*Barbara Knox MD*
BARBARA KNOX, MD

SUBSCRIBED and sworn to before me this 8 day of February 2023, in Duval, Florida.

*J Tucker*
Notary Public in and for Florida
My Commission Expires: June 15 2023

JESSICA TUCKER
MY COMMISSION # GG 302561
EXPIRES: June 15, 2023
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF DEFENDANT BARBARA KNOX, M.D. IN
SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 3 of 3

/TB
.P.33112

Case 4:22-cv-00017-SLG   Document 79-1   Filed 01/31/24   Page 3 of 3
EXHIBIT A
Page 3 of 3