ACKER et al. v Providence et al
4:22-cv-00017 SLG

Defendant Barbara Knox, M.D.'s
Renewed Motion for Summary Judgment

**EXHIBIT G**
LODGED FOR FILING UNDER SEAL