Make your year-end donation to ProPublica by Dec. 31 Nonprofit, independent journalism powered by the people

DONATE

 **PROPUBLICA**

 SIGN UP

Donate

# Nonprofit Explorer
Research Tax-Exempt Organizations

# NATIONAL CHILDRENS ALLIANCE INC

WASHINGTON, DC 20002-5807 | TAX-EXEMPT SINCE JAN. 1992

**EIN**: 63-1044781

**Nonprofit Tax Code Designation: 501(c)(3)**
Defined as: Organizations for any of the following purposes: religious, educational, charitable, scientific, literary, testing for public safety, fostering national or international amateur sports competition (as long as it doesn't provide athletic facilities or equipment), or the prevention of cruelty to children or animals.

**Donations to this organization are tax deductible.**

**More Resources:** ◤ GuideStar

**Get notifications:** Sign up for updates about our data.

## Tax Filings and Audits by Year

The IRS Form 990 is an annual information return that most organizations claiming federal tax-exempt status must file yearly. Read the IRS instructions for 990 forms.

If this organization has filed an amended return, it may not be reflected in the data below. Duplicated download links may be due to resubmissions or amendments to an organization's original return.

Nonprofit organizations that spend $750,000 or more in Federal grant money in a fiscal year are required to submit an audit covering their finances and compliance. Some of these are program specific, while others, called "single audits," look at the entire organization. Nonprofit Explorer has PDFs of these audits for some nonprofits for fiscal year 2015 and later. They're provided by the Federal Audit Clearinghouse.

 The Internal Revenue Service is substantially delayed in processing and releasing nonprofit filings, so documents available here may not be the most recent an organization has filed. ProPublica posts new tax forms as they are released by the IRS.

| FISCAL YEAR ENDING OCT. | **Audit documents available** |
| --- | --- |

## 2021

PDF

Extracted financial data is not available for this tax period, but audit documents are available for download.

[ Audit ]

**Help Keep Nonprofit Explorer Free!**

If you have used our data or site in your research or reporting, add credit and a link to Nonprofit Explorer in your story or publication and let us know.

---

FISCAL YEAR ENDING OCT.

## 2020

PDF

[ 990 ]

[ Audit ]

Full Text

990 (FILED ON APRIL 1, 2021)

[ Full Filing ]

[ Schedules ▾ ]

Raw XML

[ 990 ]

### Total Revenue $15,925,544

| | | |
|---|---|---|
| **Total Functional Expenses** | $16,321,603 | |
| **Net income** | -$396,059 | |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $14,267,545 | 89.6% |
| Program services | $1,651,582 | 10.4% |
| Investment income | $5,222 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $1,475 | 0.0% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $792,648 | 4.9% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $2,290,114 | 14.0% |

**Other**

| | |
|---|---|
| Total Assets | $4,941,656 |
| Total Liabilities | $2,483,755 |
| Net Assets | $2,457,901 |

| Key Employees and Officers | Compensation |
|---|---|
| TERESA HUIZAR (EXECUTIVE DIRECTOR) | $348,099 |
| KIM DAY (DEPUTY DIRECTOR, PROGRAMS) | $198,175 |
| DENISE EDWARDS (DIRECTOR OF GOVT AFFAIRS) | $162,747 |

+ Show more

---

FISCAL YEAR ENDING OCT.

### Total Revenue $16,898,316

**Total Functional Expenses** $17,617,629

# 2019

PDF

[ 990 ]

[ Audit ]

Full Text

990 (FILED ON MARCH 11, 2020)

[ Full Filing ]

[ Schedules ▾ ]

Raw XML

[ 990 ]

**Total Revenue**     **$16,898,316**

| | |
|---|---|
| **Total Functional Expenses** | $17,617,629 |
| **Net income** | -$719,313 |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $14,872,391 | 88.0% |
| Program services | $2,016,606 | 11.9% |
| Investment income | $3,359 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $5,960 | 0.0% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $749,536 | 4.3% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $2,455,387 | 13.9% |

| Other | |
|---|---|
| Total Assets | $4,692,737 |
| Total Liabilities | $1,838,777 |
| Net Assets | $2,853,960 |

| Key Employees and Officers | Compensation |
|---|---|
| TERESA HUIZAR *(EXECUTIVE DIRECTOR)* | $334,998 |
| KIM DAY *(DEPUTY DIRECTOR /PROGRAMS)* | $193,602 |
| DENISE EDWARDS *(DIRECTOR OF GOVT AFFAIRS)* | $159,396 |

+ Show more

---

FISCAL YEAR ENDING OCT.

# 2018

PDF

[ 990 ]

[ Audit ]

Full Text

990 (FILED ON MARCH 12, 2019)

[ Full Filing ]

[ Schedules ▾ ]

**Total Revenue**     **$14,009,676**

| | |
|---|---|
| **Total Functional Expenses** | $14,797,072 |
| **Net income** | -$787,396 |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $12,036,680 | 85.9% |
| Program services | $1,962,129 | 14.0% |
| Investment income | $1,482 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $9,385 | 0.1% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $745,254 | 5.0% |

Raw XML

990

## Total Revenue $14,009,676

| | |
|---|---|
| **Total Functional Expenses** | **$14,797,072** |
| **Net income** | **-$787,396** |
| Professional fundraising fees | $0 |
| Other salaries and wages | $2,101,217     14.2% |

**Other**

| | |
|---|---|
| Total Assets | $5,307,159 |
| Total Liabilities | $1,733,886 |
| Net Assets | $3,573,273 |

| **Key Employees and Officers** | **Compensation** |
|---|---|
| TERESA HUIZAR (*EXECUTIVE DIRECTOR*) | $322,667 |
| KIM DAY (*DEPUTY DIRECTOR*) | $187,682 |
| DENISE EDWARDS (*DIRECTOR OF GOVT AFFAIRS*) | $160,007 |

+ Show more

---

FISCAL YEAR ENDING OCT.

# 2017

PDF

990

Audit

Full Text

990 (FILED ON APRIL 17, 2018)

Full Filing

Schedules ▾

Raw XML

990

## Total Revenue $17,098,170

| | |
|---|---|
| **Total Functional Expenses** | **$16,757,141** |
| **Net income** | **$341,029** |

| **Notable sources of revenue** | | **Percent of total revenue** |
|---|---|---|
| Contributions | $15,128,312 | 88.5% |
| Program services | $1,964,150 | 11.5% |
| Investment income | $1,008 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $4,700 | 0.0% |

| **Notable expenses** | | **Percent of total expenses** |
|---|---|---|
| Executive compensation | $359,065 | 2.1% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $2,121,815 | 12.7% |

**Other**

| | |
|---|---|
| Total Assets | $6,163,117 |
| Total Liabilities | $1,802,448 |
| Net Assets | $4,360,669 |

| **Key Employees and Officers** | **Compensation** |
|---|---|
| TERESA HUIZAR (*EXECUTIVE DIRECTOR*) | $314,499 |
| KIM DAY (*DEPUTY DIRECTOR*) | $181,705 |
| DENISE EDWARDS (*DIRECTOR OF GOVT AFFAIRS*) | $156,080 |

+ Show more

## Total Revenue $11,054,281

FISCAL YEAR ENDING OCT.

# 2016

PDF

[ Audit ]

Full Text

990 (FILED ON APRIL 13, 2017)

[ Full Filing ]

[ Schedules ▾ ]

Raw XML

[ 990 ]

| | | |
|---|---|---|
| Total Functional Expenses | $11,032,338 | |
| Net income | $21,943 | |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $9,013,310 | 81.5% |
| Program services | $2,033,114 | 18.4% |
| Investment income | $225 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $7,632 | 0.1% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $549,011 | 5.0% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $1,778,763 | 16.1% |

| Other | |
|---|---|
| Total Assets | $5,583,437 |
| Total Liabilities | $1,563,797 |
| Net Assets | $4,019,640 |

| Key Employees and Officers | Compensation |
|---|---|
| TERESA HUIZAR (EXECUTIVE DIRECTOR) | $280,238 |
| KIM DAY (DEPUTY DIRECTOR) | $139,180 |
| BRYAN BOESKIN (DIRECTOR OF DEVELOPMENT) | $127,003 |

+ Show more

## Total Revenue $14,100,428

FISCAL YEAR ENDING OCT.

# 2015

PDF

[ 990 ]

Full Text

990 (FILED ON MARCH 23, 2016)

[ Full Filing ]

| | | |
|---|---|---|
| Total Functional Expenses | $13,323,433 | |
| Net income | $776,995 | |

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $12,096,920 | 85.8% |
| Program services | $1,992,326 | 14.1% |
| Investment income | $203 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |

Schedules ▾

Raw XML

990

## Total Revenue  $14,100,428

| | |
|---|---|
| **Total Functional Expenses** | $13,323,433 |
| **Net income** | **$776,995** |
| Net inventory sales | $0 |
| Other revenue | $10,979 │ 0.1% |

**Notable expenses** — Percent of total expenses

| | | |
|---|---|---|
| Executive compensation | $296,340 | 2.2% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $1,279,759 │ | 9.6% |

**Other**

| | |
|---|---|
| Total Assets | $5,790,038 |
| Total Liabilities | $1,792,341 |
| Net Assets | $3,997,697 |

| Key Employees and Officers | Compensation |
|---|---|
| TERESA HUIZAR *(EXECUTIVE DIRECTOR)* | $266,698 |
| DAVID BETZ *(PRESIDENT)* | $8,972 |
| KAREN FARST *(IMMEDIATE PAST PRESIDENT & ACCREDITATION COMMITTEE)* | $0 |

+ Show more

---

FISCAL YEAR ENDING OCT.

# 2014

PDF

990

Full Text

990 (FILED ON MAY 27, 2015)

Full Filing

Schedules ▾

Raw XML

990

## Total Revenue  $12,002,393

| | |
|---|---|
| **Total Functional Expenses** | $11,416,065 |
| **Net income** | **$586,328** |

**Notable sources of revenue** — Percent of total revenue

| | | |
|---|---|---|
| Contributions | $10,379,043 | 86.5% |
| Program services | $1,605,821 | 13.4% |
| Investment income | $179 │ | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $17,350 │ | 0.1% |

**Notable expenses** — Percent of total expenses

| | | |
|---|---|---|
| Executive compensation | $288,193 │ | 2.5% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $1,025,930 │ | 9.0% |

**Other**

| | |
|---|---|
| Total Assets | $4,712,656 |
| Total Liabilities | $1,491,954 |
| Net Assets | $3,220,702 |

| Key Employees and Officers | Compensation |
|---|---|
| TERESA HUIZAR *(EXECUTIVE DIRECTOR)* | $245,980 |
| KAREN FARST *(PRESIDENT)* | $0 |
| HENRY SHIEMBOB *(IMMEDIATE PAST PRESIDENT)* | $0 |

+ Show more

---

FISCAL YEAR ENDING OCT.

## 2013

PDF
990

Raw XML
990

**Total Revenue** $12,271,605

**Total Functional Expenses** $11,836,015
**Net income** $435,590

**Notable sources of revenue** | **Percent of total revenue**

| | | |
|---|---|---|
| Contributions | $10,675,087 | 87.0% |
| Program services | $1,590,641 | 13.0% |
| Investment income | $207 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $5,670 | 0.0% |

**Notable expenses** | **Percent of total expenses**

| | | |
|---|---|---|
| Executive compensation | $266,162 | 2.2% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $879,288 | 7.4% |

**Other**

| | |
|---|---|
| Total Assets | $4,158,341 |
| Total Liabilities | $1,523,967 |
| Net Assets | $2,634,374 |

---

FISCAL YEAR ENDING OCT.

## 2012

PDF
990

Raw XML
990

**Total Revenue** $14,778,590

**Total Functional Expenses** $14,329,302
**Net income** $449,288

**Notable sources of revenue** | **Percent of total revenue**

| | | |
|---|---|---|
| Contributions | $13,309,507 | 90.1% |
| Program services | $1,465,708 | 9.9% |
| Investment income | $436 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $2,939 | 0.0% |

**Total Revenue**     **$14,778,590**

**Total Functional Expenses**    $14,329,302
**Net income**    **$449,288**

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $226,622 | 1.6% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $787,921 | 5.5% |

**Other**
| | |
|---|---|
| Total Assets | $3,805,596 |
| Total Liabilities | $1,606,812 |
| Net Assets | $2,198,784 |

---

FISCAL YEAR
ENDING OCT.

# 2011

PDF

[ 990 ]

**Total Revenue**     **$14,275,113**

**Total Functional Expenses**    $13,617,026
**Net income**    **$658,087**

| Notable sources of revenue | | Percent of total revenue |
|---|---|---|
| Contributions | $12,760,870 | 89.4% |
| Program services | $1,509,874 | 10.6% |
| Investment income | $723 | 0.0% |
| Bond proceeds | $0 | |
| Royalties | $0 | |
| Rental property income | $0 | |
| Net fundraising | $0 | |
| Sales of assets | $0 | |
| Net inventory sales | $0 | |
| Other revenue | $3,646 | 0.0% |

| Notable expenses | | Percent of total expenses |
|---|---|---|
| Executive compensation | $221,657 | 1.6% |
| Professional fundraising fees | $0 | |
| Other salaries and wages | $652,517 | 4.8% |

**Other**
| | |
|---|---|
| Total Assets | $3,683,419 |
| Total Liabilities | $1,933,923 |
| Net Assets | $1,749,496 |

---

FISCAL YEAR
ENDING OCT.

# 2010

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

FISCAL YEAR
ENDING OCT.

# 2009

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.

# 2008

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.

# 2007

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.

# 2006

PDF

[ 990 ]

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.

# 2005

PDF

**Form 990 documents available**

Extracted financial data is not available for this tax period, but
Form 990 documents are available for download.

990

---

FISCAL YEAR
ENDING OCT.
## 2004

PDF

990

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.
## 2003

PDF

990

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.
## 2002

PDF

990

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

FISCAL YEAR
ENDING OCT.
## 2001

PDF

990

**Form 990 documents available**

Extracted financial data is not available for this tax period, but Form 990 documents are available for download.

---

## Search for a Nonprofit

Enter a nonprofit's name, a keyword, or city



Examples: ProPublica, Research or Minneapolis

## Get Email Updates

Sign up to get ProPublica's biggest stories delivered straight to your inbox.

you@example.com    SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

## Which Organizations Are Here?

Every organization that has been recognized as tax exempt by the IRS has to file Form 990 every year, unless they make less than $200,000 in revenue and have less than $500,000 in assets, in which case they have to file form 990-EZ. Organizations making less than $50,000 don't have to file either form but do have to let the IRS they're still in business via a Form 990N "e-Postcard."

Nonprofit Explorer has organizations claiming tax exemption in each of the 27 subsections of the 501(c) section of the tax code, and which have filed a Form 990, Form 990EZ or Form 990PF. Taxable trusts and private foundations that are required to file a form 990PF are also included. Small organizations filing a Form 990N "e-Postcard" are not included in this data.

## Types of Nonprofits

There are 27 nonprofit designations based on the numbered subsections of section 501(c) of the tax code. See the list »

## API

The data powering this website is available programmatically, via an API. Read the API documentation »

## Get the Data

For those interested in acquiring the original data from the source, here's where our data comes from:

- Raw filing data. Includes EINs and summary financials as structured data.
- Exempt Organization profiles. Includes organization names, addresses, etc. You can merge this with the raw filing data using EIN numbers.
- Form 990 documents. Prior to 2017, these documents were obtained and processed by Public.Resource.org and ProPublica. Bulk PDF downloads since 2017 are available from the IRS.
- Form 990 documents as XML files. Includes complete filing data (financial details, names of officers, tax schedules, etc.) in machine-readable format. Only available for electronically filed documents. Electronic data released prior to October 2021 is also available through Amazon Web Services.
- Audits. PDFs of single or program-specific audits for nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year. Available for fiscal year 2015 and later.

ProPublica
ProPublica Illinois
The Data Store

Case 4:22-cv-00017-SLG    Document 79-8    Filed 01/31/24    Page 12 of 13

EXHIBIT H
Page 12 of 13

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

**ProPublica**

© Copyright 2021 Pro Publica Inc.