TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020; JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016),<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER,<br><br>Defendants. | Case No. 4:22-cv-00017 SLG |

**[PROPOSED]**
**ORDER GRANTING DEFENDANT KNOX'S RENEWED**
**MOTION FOR SUMMARY JUDGMENT**

This Court, having considered Defendant Barbara Knox, M.D.'s Renewed Motion for Summary Judgment, all responsive pleadings there to, and otherwise being fully apprised of the premises hereby **GRANTS** said Renewed Motion.

In so ruling, the Court finds that Plaintiffs' claim for 42 U.S.C. §1983 liability fails because Dr. Knox's medical evaluation and diagnosis of I.A. bears no relation to any "exercise

[PROPOSED] ORDER GRANTING DEFENDANT KNOX'S
RENEWED MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 1 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 79-10   Filed 01/31/24   Page 1 of 3

of some right or privilege created by the [government] or a rule of conduct imposed by the [government]." Lugar v. Edmondson Oil Co., Inc., 457 U.S. 922, 937 (1982). Further, Plaintiffs' 42 U.S.C. §1983 claim is further unsupportable because Dr. Knox is not, and never was, a state actor. None of the recognized exceptions apply to warrant her treatment as a state actor for the purposes of establishing her liability under 42 U.S.C. §1983. Plaintiffs' 42 U.S.C. §1983 claim lacks viability. Since Plaintiffs' §1983 allegations against Defendant Providence Health & Services Washington d/b/a Providence Alaska Medical Center are based in entirely upon the actions of its employee, Dr. Knox, the 42 U.S.C. §1983 claim is hereby DISMISSED with prejudice as to all parties.

Having disposed of the federal claims, the Court now turns its attention to the remaining state law claims, over which is exercises supplemental jurisdiction pursuant to 28 U.S.C. §1367.

Based upon the evidence before the Court, it has determined that there is no genuine issue of material fact tending to show that Dr. Knox's involvement with I.A. occurred other than within the context of her role as a member of the Alaska CARES multidisciplinary team. AS 47.14.300(h) plainly provides immunity from liability of any member of a multidisciplinary child protection team "brought by reason of the performance of a duty, function or an activity of the team." Dr. Knox's activities relating to the Plaintiffs occurred within the context of her role with the multidisciplinary team, therefore she is immune, and those claims must be dismissed with prejudice. Furthermore, Dr. Knox also enjoys immunity with respect to the reporting of child abuse and/or investigations related thereto pursuant to AS 47.17.050.

Therefore, none of the allegations lodged against Dr. Knox survive judicial scrutiny as a matter of law, and she is hereby **DISMISSED** with prejudice.

[PROPOSED] ORDER GRANTING DEFENDANT KNOX'S
RENEWED MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 2 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 79-10   Filed 01/31/24   Page 2 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**It is so ORDERED.**

Dated this _____ day of _____, 2024.

_____
THE. HON. SHARON GLEASON
United States District Court Judge, Alaska

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on the 31st day of January 2024, a true and correct copy of the foregoing was served CM/ECF electronically on the following person(s):

Michael C. Kramer, Esq.
Kramer and Associates
542 4th Ave., Suite 207
Fairbanks, AK 99701
*Counsel for Plaintiffs*
service@mikekramerlaw.com
arnell@mikekramerlaw.com

Chester D. Gilmore Esq.
Cashion Gilmore, LLC
510 L Street, Suite 601
Anchorage, AK 99501
*Counsel for Providence and Bryant Skinner*
chester@cashiongilmore.com
jennifer@cashiongilmore.com

By: s/Joyce L. Wylie
Legal Assistant
jwylie@farleygraves.com

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

[PROPOSED] ORDER GRANTING DEFENDANT KNOX'S RENEWED MOTION FOR SUMMARY JUDGMENT
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 3 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG    Document 79-10    Filed 01/31/24    Page 3 of 3