State of Alaska<br>
Checkbook Online - Summary by Expense Category<br>
Fiscal Year 2020<br>
07/01/2019 - 06/30/2020

| Expense Category | Dept | Department Name | Vendor Name | Alias/DBA | State | Amount |
|---|---|---|---|---|---|---|
| Grants | 06 | Department of Health and Social Services | PROVIDENCE HEALTH & SERVICES WASHINGTON | ALASKA C A R E S | AK | 615,561.40 |
| Grants | 06 | Department of Health and Social Services | PROVIDENCE HEALTH & SERVICES WASHINGTON | ALASKA C A R E S | OR | 294,743.20 |

**State of Alaska**
**Checkbook Online – Summary by Expense Category**
**Fiscal Year 2021**
**07/01/2020 - 06/30/2021**

| Expense Category | Dept | Department Name | Vendor Name | Alias/DBA | State | Amount |
|---|---|---|---|---|---|---|
| Grants | 06 | Department of Health and Social Services | PROVIDENCE HEALTH & SERVICES WASHINGTON | ALASKA C A R E S | AK | 3,364,771.53 |

**State of Alaska**
**Checkbook Online – Summary by Expense Category**
**Fiscal Year 2022**
**07/01/2021 - 06/01/2022**

| Expense Category | Dept | Department Name | Vendor Name | Alias/DBA | State | Amount |
|---|---|---|---|---|---|---|
| Grants | 06 | Department of Health and Social Services | PROVIDENCE HEALTH & SERVICES WASHINGTON | ALASKA C A R E S | AK | 875,913.69 |