

**Department of Pediatrics**

July 5, 2019

*Sent via US MAIL and EMAIL*

Barbara Knox, MD

BLKNOX@PEDIATRICS.WISC.EDU

Re: Paid Administrative Leave

Defendant's Exhibit
EXHIBIT NO: M-E
Admitted ☐
4FA-21-00001/2CN

Dear Dr. Knox,

This is to memorialize that effective June 28, 2019, the School of Medicine and Public Health (SMPH) placed you on administrative leave with pay from your Professor (CHS) position in the Department of Pediatrics. You are on leave because of concerns that arose about the timely completion of your work and your workplace behavior, including unprofessional acts that may constitute retaliation against and/or intimidation of internal and external colleagues. SMPH has commenced an investigation of these matters.

Generally, while on administrative leave, you must not participate in any duties associated with your employment with SMPH. Your practice will be managed by other providers in Pediatrics, including all communication (verbal and electronic) with patients. That said, you have made us aware of a few important matters to which you have committed which have deadlines (or are past their deadlines). Due to our concern about completion of outside case reviews, we are directing you to complete these during your leave in accordance with the timelines listed below:

| Description of underlying matter | Work to be complete/resources to be accessed | Date to be completed |
|---|---|---|
| FBI Case I | Review the injuries and discuss mechanisms of injury. Create written report. | 7/19/19 |
| FBI Case II | Case review finalization if the FBI's forensic pathology consultant is able to examine the heart tissue and slides and make a determination. Create written report. | 7/19/19 (pending forensic pathology input) |
| Dane County Post Conviction Motion Hearing | Assisting Dane County ADA Matt Moeser with his post-conviction motion hearing response. Resources may include access to journal articles. | 07/19/19 |

You are required to work within the parameters set forth above for each of the cases outlined and only those cases. Once the work outlined above is complete, you are not permitted to participate in any duties associated with your employment with SMPH during your leave. This directive applies during the term of your previously-



H4/442 Clinical Science Center  600 Highland Avenue  Madison, WI 53792-4108
608/263-8558  **EXHIBIT M-E: Page 1 of 275**  FAX 608/263-0722
ACKER/DOE 004831

Exhibit 8, Page 1 of 2

scheduled vacation, from July 20-August 1, 2019, which you are permitted to take during your leave and should use your accrued leave hours during that period.

As part of this leave, you are directed to have no other contact (including, but not limited to, telephone calls, emails, and in-person visits) with employees in the Department of Pediatrics, UW Health, or the School of Medicine and Public Health other than with me or Hope Broadus. Any questions or concerns should be addressed to me or Ms. Broadus directly. You are directed not to visit the HSLC or any UW Health or UW Health affiliated sites, the department offices, VA, other School offices or the homes of colleagues.

Please know that the failure to abide by these expectations could lead to discipline, up to and including discharge and termination of your appointment.

Since you remain in pay status, we expect to be able to reach you should there be a need to do so. According to our records, your current telephone number is ▓▓▓▓▓▓▓▓. If this is not correct, please inform me of the correct number. We expect that you will return any phone call from me as soon as possible or within the following 24 hours. Failure to do so may result in your being removed from pay status for that particular day as we would consider it a day when you were not available as an employee. (The 24-hour response requirement does not apply during the term of your previously-scheduled vacation from July 20-August 1.)

The Employee Assistance office (EAO) is a resource for you. It is permissible for you to contact them without notification to me. EAO is a confidential resource that provides resources for employees and their families. You can contact them to set up an appointment by email at eao@mailplus.wisc.edu or via phone at 608-263-2987.

If limitations from a disability or serious health condition are contributing to these performance concerns I recommend that you talk with the Divisional Disability Representative (DDR) for the School of Medicine and Public Health (SMPH). DDRs are designated to manage requests for disability accommodation and medical leave and they also maintain related confidential information. Ann Kowaliczko is the DDR for the SMPH and can be reached at kowaliczko@wisc.edu or 608-262-4221. Additional information can be found at the following website: https://oed.wisc.edu/employee-disability-accommodation/

If you have questions regarding this letter, please contact me via email at erwald@wisc.edu or by phone at ▓▓▓▓▓▓▓▓.

Sincerely,

*Ellen R Wald* (signature)

Ellen R. Wald, M.D.
Alfred Dorrance Daniels Professor on Diseases of Children
Chair, Department of Pediatrics
School of Medicine and Public Health

cc: Robert Golden, MD
Peter Newcomer, MD
SMPH Human Resources

*Empl ID:* ▓▓▓▓▓▓▓

---

H4/442 Clinical Science Center
608/263-8558

600 Highland Avenue

Madison, WI 53792-4108
FAX 608/263-0722

**EXHIBIT M-E: Page 2 of 275**