Name: Barbara    Lou    Knox

8. **EMPLOYMENT HISTORY**

List in chronological order all employment including practice employment for the last four years.

| Name of Employer | Employer Address | Position Title | Employment Dates: From-To (MM/DD/YYYY) |
|---|---|---|---|
| University of Wisconsin School of Medicine and Public Health | Department of Pediatrics, 600 Highland Avenue, Madison, WI | Professor of Pediatrics | 07/01/2006 to 10/27/2019 |
| Providence Medical Group Alaska | 3200 Providence Drive, Ste B02, Anchorage, AK | Medical Director, Child Abuse Pediatrics | 10/28/2019 to 04/01/2022 |
| | | | to |
| | | | to |

9. **ACADEMIC FACULTY APPOINTMENTS / STAFF PRIVILEGES**

   A. Do you currently hold a faculty appointment at an accredited medical school?  ☑ Yes   ☐ No

   B. Have you had the responsibility for graduate medical education within the last ten years?  ☑ Yes   ☐ No

   **If you responded "Yes," complete the following:**

   | Name of Institution | City/State | Title of Appointment |
   |---|---|---|
   | University of Wisconsin School of Medicine and Public Health | Madison, WI | Professor of Pediatrics |
   | University of Washington School of Medicine | Seattle, WA | Clinical Professor of Pediatrics |

   C. Do you currently hold staff privileges in any hospital, health institution, clinic or medical facility?  ☑ Yes   ☐ No

   **If you responded "Yes," complete the following:**

   | Name of Facility | City/State | Type of Privileges | From-To (MM/DD/YYYY) |
   |---|---|---|---|
   | Providence Alaska Medical Center | Anchorage, AK | Active Medical Staff-Full Privileges | 11/26/2019 to 04/01/2022 |
   | Providence Kodiak Medical Center | Kodiak, AK | Courtesy Privileges | 09/06/2021 to 04/01/2022 |

   D. Have you ever had any staff privileges denied, suspended, revoked, modified, restricted, not renewed, or placed on probation, or have you been asked to resign or take a temporary leave of absence or otherwise acted against by any facility?   ☐ Yes   ☑ No

   **If you responded "Yes," complete the following:**

   | Name of Facility | Address | From-To (MM/DD/YYYY) | Under Appeal? |
   |---|---|---|---|
   | | | to | ☐ Y  ☐ N |
   | | | to | ☐ Y  ☐ N |

   **If you responded "Yes" to D, you must provide the following:**

   ☐ **A written self-explanation** on a separate sheet describing in detail the circumstances

   ☐ **Supporting documents** from the applicable entity

10. **OTHER ITEMS REQUIRED**

   ★ **National Practitioner Data Bank (NPDB) Self-Query-** **All applicants** are required to complete a self-query to the NPDB and upon receipt of the report, provide the board office with a copy. The NPDB charges a fee to provide the self-query. You may contact NPDB at www.npdb.hrsa.gov/ or by telephone at (800) 767-6732.

   **All supporting documentation not submitted with the application must be sent to the board office at BOM_InitialApps@flhealth.gov or mailed to:**

   **Board *of* Medicine**
   4052 Bald Cypress Way Bin C-03
   Tallahassee, FL 32399-3253