TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
Phone: (907) 274-5100 Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020); JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016),<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER,<br><br>Defendants. | Case No. 4:22-cv-00017 SLG |

## MOTION UPON STIPULATION FOR STAY, PENDING STATE COURT APPROVAL OF MINOR DISMISSAL

COMES NOW, the parties above named, by and through their respective counsel and hereby give the Court notice that Plaintiffs have agreed to a walkaway dismissal with prejudice of all claims filed against the Defendants in this case.

USDC, District of Alaska Local Civil Rule 68.1 holds that dismissal of a minor's claim must be approved by the Superior Court for the State of Alaska, pursuant to Alaska Civil Rule 90.2. Since the named Plaintiffs include minor children, Plaintiffs will petition the State Court

MOTION UPON STIPULATION FOR STAY, PENDING STATE
COURT APPROVAL OF MINOR DISMISSAL
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 1 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 99   Filed 03/19/24   Page 1 of 3

for approval of the dismissal. The parties respectfully request the Court stay this matter in its entirety during the pendency of the petition for approval of the dismissal. Upon receiving the State Court's order (and with the expectation that it will approve the dismissal), the parties will submit the necessary filings to effectuate the dismissal of this matter with prejudice.

KRAMER AND ASSOCIATES

Dated: 03/19/2024    By: *s/Michael C. Kramer (w/Consent)*
MICHAEL C. KRAMER
Alaska Bar No.: 9605031
542 Fourth Ave., Suite 207
Fairbanks, AK 99701
Phone: (907) 888-4098
Email: *service@mikekramerlaw.com*
*Counsel for Plaintiffs*

CASHION GILMORE & LINDEMUTH

Dated: 03/18/2024    By: *s/Chester D. Gilmore (w/Consent)*
CHESTER D. GILMORE
Alaska Bar No.: 0405015
510 L Street, Suite 601
Anchorage, AK 99601
Phone: (907) 222-7934
Email: *chester@cashiongilmore.com*
*Counsel for Defendants PAMC; Bryant Skinner*

FARLEY & GRAVES, P. C.

Dated: 03/19/2024    By: *s/Timothy W. Bowman*
TIMOTHY W. BOWMAN
Alaska Bar No.: 0905012
807 G Street, Suite 250
Anchorage, AK 99501
Phone (907) 274-5100
E-Mail: *tbowman@farleygraves.com*
*Counsel for* Defendant Barbara Knox, M.D.

MOTION UPON STIPULATION FOR STAY, PENDING STATE COURT APPROVAL OF MINOR DISMISSAL
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 2 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 99   Filed 03/19/24   Page 2 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on the 19th day of March 2024 a true and correct copy of the foregoing was served CM/ECF electronically on the following person(s):

Michael C. Kramer, Esq.
Kramer and Cosgrove
542 4th Ave., Suite 207
Fairbanks, AK 99701
*Counsel for Plaintiffs*
mike@kclawak.com
service@kclawak.com
arnell@kclawak.com

Chester D. Gilmore Esq.
Cashion Gilmore, LLC
510 L Street, Suite 601
Anchorage, AK 99501
*Counsel for Providence and Bryant Skinner*
chester@cashiongilmore.com
jennifer@cashiongilmore.com
lauren@cashiongilmore.com

By: s/Joyce L. Wylie
    Legal Assistant
    jwylie@farleygraves.com

MOTION UPON STIPULATION FOR STAY, PENDING STATE COURT APPROVAL OF MINOR DISMISSAL
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 3 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 99   Filed 03/19/24   Page 3 of 3