**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUSTIN ACKER, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, d/b/a Providence Alaska Medical Center, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:22-cv-00017-SLG |

## ORDER RE MOTION UPON STIPULATION FOR STAY, PENDING STATE COURT APPROVAL OF MINOR DISMISSAL

Before the Court at Docket 99 is the parties' Motion Upon Stipulation for Stay, Pending State Court Approval of Minor Dismissal. Upon due consideration the motion is hereby GRANTED. This matter is STAYED pending Alaska Superior/Probate Court's approval of the dismissal of the minor Plaintiffs' claims pursuant to U.S. District Court District of Alaska Local Civil Rule 68.1 and Alaska Civil Rule 90.2.

Upon receipt of the State Court's decision on the petition for approval of minor settlement, the parties will submit the necessary filings to effectuate dismissal of this matter, in conformance with the State Court's Order. Case closing documents or a status report regarding the settlement process shall be filed no later than June 28, 2024.

In light of the stay, all deadlines in this matter are VACATED and all pending motions are DENIED as moot.

IT IS SO ORDERED this 19th day of March 2024 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE