TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907)  274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020; JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016),<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER,<br><br>Defendants. | Case No. 4:22-cv-00017 SLG |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties above named, through their respective counsel and pursuant to Rule 41(a)(1)[ii] of the Federal Rules of Civil Procedure, stipulate that this action may be dismissed with prejudice, with each party to bear their own costs and attorneys' fees. Pursuant to Local Civil Rule for the District of Alaska 68.1, the parties hereby simultaneously submit the Alaska Superior Court's Alaska Civil Rule 90.2 approval of the dismissal of E.A. and I.A.'s claims, attached hereto.

STIPULATION FOR DISMISSAL WITH PREJUDICE
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 1 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG     Document 101     Filed 05/14/24     Page 1 of 3

KRAMER AND ASSOCIATES

Dated: 05/13/2024           By:  *s/Michael C. Kramer (w/Consent)*
                                 MICHAEL C. KRAMER
                                 Alaska Bar No.: 9605031
                                 542 Fourth Ave., Suite 207
                                 Fairbanks, AK 99701
                                 Phone: (907) 888-4098
                                 Email: *service@mikekramerlaw.com*
                                 *Counsel for Plaintiffs*

CASHION GILMORE & LINDEMUTH

Dated: 05/13/2024           By:  *s/Chester D. Gilmore (w/Consent)*
                                 CHESTER D. GILMORE
                                 Alaska Bar No.: 0405015
                                 510 L Street, Suite 601
                                 Anchorage, AK 99601
                                 Phone: (907) 222-7934
                                 Email: *chester@cashiongilmore.com*
                                 *Counsel for Defendants PAMC; Bryant Skinner*

FARLEY & GRAVES, P. C.

Dated: 05/13/2024           By:  s/*Timothy W. Bowman*
                                 TIMOTHY W. BOWMAN
                                 Alaska Bar No.: 0905012
                                 807 G Street, Suite 250
                                 Anchorage, AK 99501
                                 Phone (907) 274-5100
                                 E-Mail: tbowman@farleygraves.com
                                 *Counsel for* Defendant Barbara Knox, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 2 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 101   Filed 05/14/24   Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on the 14th day of May 2024 a true and correct copy of the foregoing was served CM/ECF electronically on the following person(s):

Michael C. Kramer, Esq.
Kramer and Cosgrove
542 4th Ave., Suite 207
Fairbanks, AK 99701
*Counsel for Plaintiffs*
mike@kclawak.com
service@mikekramerlaw.com
arnell@kclawak.com

Chester D. Gilmore Esq.
Cashion Gilmore, LLC
510 L Street, Suite 601
Anchorage, AK 99501
*Counsel for Providence and Bryant Skinner*
chester@cashiongilmore.com
jennifer@cashiongilmore.com
lauren@cashoingilmore.com

By: s/Joyce L. Wylie
    Legal Assistant
    jwylie@farleygraves.com

STIPULATION FOR DISMISSAL WITH PREJUDICE
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 3 of 3

/JW
.P.33112

Case 4:22-cv-00017-SLG   Document 101   Filed 05/14/24   Page 3 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111