ACKER et al. v Providence et al
4:22-cv-00017 SLG

Stipulation for Dismissal

**EXHIBITS A, B, C**
LODGED FOR FILING UNDER SEAL