TIMOTHY W. BOWMAN, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
Phone: (907)  274-5100  Fax: (907) 274-5111
Email: tbowman@farleygraves.com

Attorneys for Defendant Barbara Knox, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JUSTIN ACKER, EMILY ACKER, E.A. (2019), I.A. (2020; JOHN DOE, JANE DOE, JOHN DOE JR. (2020), AND JANE DOE JR. (2016),<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON d/b/a PROVIDENCE ALASKA MEDICAL CENTER, BARBARA KNOX, M.D., and BRYANT SKINNER,<br><br>Defendants. | Case No. 4:22-cv-00017 SLG |

## [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, having filed a Stipulation for Dismissal with Prejudice, and the Minor Settlements having been approved,

IT IS ORDERED, this matter is **DISMISSED,** with each party to bear their own costs and fees.

[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 1 of 2

/JW
.P.33112

Case 4:22-cv-00017-SLG     Document 101-2     Filed 05/14/24     Page 1 of 2

Dated this _____ day of _____ 2024 at Anchorage, Alaska.

_____
THE HON. SHARON GLEASON
United States District Court Judge

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on the 14th day of May 2024 a true and correct copy of the foregoing was served CM/ECF electronically on the following person(s):

Michael C. Kramer, Esq.
Kramer and Associates
542 4th Ave., Suite 207
Fairbanks, AK 99701
*Counsel for Plaintiffs*
service@mikekramerlaw.com
arnell@mikekramerlaw.com

Chester D. Gilmore, Esq.
Cashion Gilmore, LLC
510 L Street, Suite 601
Anchorage, AK 99501
*Counsel for Providence and Bryant Skinner*
chester@cashiongilmore.com
jennifer@cashiongilmore.com

By: s/Joyce L. Wylie
Legal Assistant
jwylie@farleygraves.com

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
ACKER ET AL V. KNOX ET AL
CASE NO. 4:22-cv-00017 SLG

Page 2 of 2

/JW
.P.33112